0

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY M. MIGLIORE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration,<br><br>    Defendant. | Case No. EDCV 12-00251 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is affirmed.

July 29, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge